# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135601

MICHAEL LAVERN BROWN, #180290

        Plaintiff-Appellant,

v

WAYNE CIRCUIT JUDGE,

        Defendant-Appellee.

_____

SC: 135601
CoA: 279590

        On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 9, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2008

_____
Clerk

jm